

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00645-CV

**IN THE INTEREST OF A.Q.C.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA00782
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford to pay costs of court; no costs are taxed in this appeal.

SIGNED December 6, 2023.

_____
Patricia O. Alvarez, Justice